KEVIN R. JOHNSTON, Petitioner v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Johnston v. Commissioner
Docket No. 18619-99
United States Tax Court
2000 U.S. Tax Ct. LEXIS 94; November 17, 2000, Entered *94 Maurice B. Foley, Judge. FOLEY
DECISION
Pursuant to the determination of this Court as set forth in its bench opinion rendered October 19, 2000, it is
ORDERED AND DECIDED that petitioner is liable for deficiencies in Federal income tax and additions to the tax for the taxable years as follows:
Additions to tax
Year
Deficiency
Sec. 6651 (a)(1)
Sec. 6654
1990
$ 22,387.00
$ 5,596.75
$ 1,465.72
1991
78,346.00
19,586.50
4,477.54
1992
43,315.00
10,828.75
1,899.18
1994
44,747.00
11,186.75
2,322.02
1995
61,228.00
15,307.00
3,319.94
It is further
ORDERED that respondent's oral motion to impose a penalty under section 6673 is denied.